Thomas MCPHETRIDGE,
Petitioner–Appellant,

v.

Thomas E. KARLEN, Respondent–Appellee.

No. 02–4376.

United States Court of Appeals,
Seventh Circuit.

May 9, 2003.

Before BAUER, MANION, and DIANE P. WOOD, Circuit Judges.

ORDER

On consideration of the petition for rehearing filed on April 14, 2003 by Petitioner–Appellant McPhetridge, *pro se*, all members of the original panel have voted to DENY the petition.

Accordingly, IT IS ORDERED that the petition for rehearing be, and the same is hereby DENIED.

Robert E. SALLIE, Plaintiff–Appellant,

v.

Jeffrey R. THIEL, Defendant–Appellee.

No. 02–1882.

United States Court of Appeals,
Seventh Circuit.

May 9, 2003.

Before EASTERBROOK, ROVNER, and EVANS, Circuit Judges.

ORDER

On March 25, 2003, the plaintiff-appellant filed a petition for rehearing. All the judges on the original panel have voted to deny a rehearing. The petition is therefore DENIED.